

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

THE CHASE MANHATTAN BANK    VOID ... TER 90 DAYS    CHECK NUMBER 113

266

| CASE | ESTATE OF | TID # 550340 |
|---|---|---|
| 97-53775-S-S | LAKATOS, JOHN & DEBORAH | |
| 312774843166 | | |
| Unclaimed dividend | | |

HAROLD CORZIN
304 N. CLEVELAND-MASSILLON RD
AKRON OH 44333

1-2 / 210

DATE: 05/04/1999    AMOUNT: ********90.39

~~~Ninety Dollars and 39/100

PAY TO THE ORDER OF: U. S. BANKRUPTCY COURT

HAROLD CORZIN, Trustee

⑈00000113⑈ ⑆021000021⑆ 312774843166⑈ ⑈00000009039⑈

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

ENDORSE CHECK HERE
X
Pay to the order of any Federal Reserve Bank or Branch or General Depository for credit to U. S. Treasury
Symbol 8660
Clerk, U.S. Bankruptcy Court
Akron, Ohio
MAY 06 1999

DTC
FIRSTMERIT SERVICES
010285654 10 05-07-99 0060000832